IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Butler, Clordie J

Printed: 8/19/08

Case Number: 04 B 35259
Judge: Wedoff, Eugene R
Filed: 9/22/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 19, 2008
Confirmed: January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,162.31 |  |
| Secured: |  | 7,710.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,405.20 |
| Trustee Fee: |  | 547.10 |
| Other Funds: |  | 500.00 |
| Totals: | 11,162.31 | 11,162.31 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,405.20 | 2,405.20 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Affiliated Financial Corporation | Secured | 8,609.37 | 7,710.01 |
| 4. | Internal Revenue Service | Priority | 932.19 | 0.00 |
| 5. | Affiliated Financial Corporation | Unsecured | 405.38 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 27.60 | 0.00 |
| 7. | AT&T | Unsecured |  | No Claim Filed |
| 8. | American Collection Corp | Unsecured |  | No Claim Filed |
| 9. | Joel Cardis, LLC | Unsecured |  | No Claim Filed |
| 10. | Avon Products | Unsecured |  | No Claim Filed |
| 11. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 13. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 14. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| | | | $ 12,379.74 | $ 10,115.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 89.60 |
| 4% | 31.01 |
| 3% | 27.79 |
| 5.5% | 143.29 |
| 5% | 38.76 |
| 4.8% | 81.65 |
| 5.4% | 135.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Butler, Clordie J | Case Number:  04 B 35259 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/19/08 | Filed:  9/22/04 |

_____
$ 547.10

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

